IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **AKEYINDE HOLLOWAY,** | : | |
| Petitioner, | : | Case No. 3:07-cv-219 |
| -vs- | : | **District Judge Thomas M. Rose** |
| | | **Chief Magistrate Judge Michael R. Merz** |
| **WARDEN, Pickaway Correctional Institution,** | : | |
| | : | |
| Respondent. | | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on November 23, 2007, Petitioner has failed to establish his entitlement to habeas corpus relief and therefore, the Petitioner shall be DISMISSED WITH PREJUDICE.  IT IS FURTHER ORDERED that Petitioner is DENIED leave to appeal in forma pauperis and any requested certificate of appealability.

The Clerk shall enter judgment accordingly.

December 6, 2007.                                    **s/THOMAS M. ROSE**

                                                    _____
                                                    Thomas M. Rose
                                                    United States District Judge